Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRMAL SINGH,<br><br>      Plaintiff,<br><br>      v.<br><br>JANET NAPOLITANO, ET AL.,<br><br>      Defendants. | No.   1:09-cv-1947-OWW-GSA<br><br><br><br><br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action  without prejudice be granted.

IT IS SO ORDERED.

**Dated:   January 6, 2010**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

Plaintiff's Motion for Voluntary Dismissal and Order
1:09-cv-1947-OWW-GSA